# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRENNAN LANDY, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>VISION SOLAR, LLC d/b/a SOLAR EXCHANGE,<br><br>*Defendant*. | Case No. 1:21-cv-20241-JHR-AMD<br><br>**NOTICE OF APPEAL**<br><br>Class Action<br><br>Jury Trial Demanded |

Pursuant to Federal Rules of Appellate Procedure 3 and 4, notice is hereby given that Plaintiff Brennan Landy ("Plaintiff" or "Landy") appeals to the United States Court of Appeals for the Third Circuit from the district court's Fed. R. Civ. P. 54(b) Judgment entered on July 18, 2023 (dkt. 14) granting Defendant's motion to dismiss.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: August 14, 2023 | **BRENNAN LANDY**, individually and on behalf of all others similarly situated, |
|  | By: /s Jeffrey S. Arons<br>        One of Plaintiffs' Attorneys |
|  | Jeffrey S. Arons<br>ja@aronslaw.net<br>Arons & Arons, LLC<br>76 South Orange Ave., Suite 100<br>South Orange, New Jersey 07079<br>Telephone: (973) 762-0795<br>Facsimile: (973) 762-0279 |
|  | Steven L. Woodrow*<br>swoodrow@woodrowpeluso.com<br>Patrick H. Peluso*<br>ppeluso@woodrowpeluso.com |

1

Taylor T. Smith*
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

Attorneys for Plaintiff and the Class

* *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2023, the foregoing document was filed electronically using the Court's electronic filing system. I certify that all participants in the case are registered ECF users and that service will be accomplished by the ECF system.

/s/ *Jeffrey S. Arons*
Counsel for Plaintiff

2