BRENNAN LANDY, Individually and on behalf of all others similiarly situated,

Appellant

v.

VISION SOLAR LLC, doing business as Solar Exchang