

# NOTICE TO COUNSEL
# PILOT PROJECT FOR APPENDIX CITATION HYPERLINKING

The current version of CM/ECF deployed by the Third Circuit includes the Appendix Citation functionality providing judges and chambers staff the ability to hyperlink from the brief to the joint or supplemental appendix.

In order for the hyperlinking functionality to work, a specific appendix page numbering format must be used in the creation of the appendix created using the footer process or Bates numbering process in Adobe Acrobat XI or similar Portable Document Format software. In addition, the appendix citations within the brief must follow a specific page numbering convention.

We have selected this case for testing the hyperlinking functionality. A briefing schedule has not yet been issued for this case. Instructions and information regarding the Appendix Citations program are attached   Please review the attached requirements.

If you are unable to file an appendix and/or brief which complies with the formatting requirements, I ask that you contact my assistant Carol Trama at 267-299-4901 within 10 days from issuance of this notice. My staff and I will gladly answer any questions you may have regarding the process or should you need additional information. If we do not hear from you, we will anticipate that a complying appendix and/or brief will be submitted.

Although this functionality is enabled only for Court users at this time, we have requested a software enhancement so that the functionality is available to the parties. The testing we conduct now will assist in the requested expansion to practitioners.

                                              For the Court,

                                              PATRICIA S. DODSZUWEIT,
                                              Clerk

2019



# APPENDIX CITATIONS

Instructions for preparing briefs and appendices for the purposes of hyperlinking.

# Contents

Appendix Citations Overview – PLEASE READ............................................................... 2

Adding Pagination to Appendix via the Footer .................................................................. 3

Adding Bates Numbering Pagination to Appendix ............................................................ 7

Flatten PDF ....................................................................................................................... 13

Appendix Citations Within the Brief ................................................................................ 15

**Appendix Citations Overview – PLEASE READ**

The United States Court of Appeals for the Third Circuit is testing "Appendix Citations." **This internal program inserts hyperlinks into briefs that will point to a specific page or group of pages in appendices. <u>Users should not create their own hyperlinks</u>.** To accommodate the functionality of the program, procedures for creating briefs and appendices have been updated.

Currently, public filers apply consecutive pagination to appendices (<u>See</u> FRAP 28(e)). Although this process will remain, a specific numbering convention consisting of a prefix and page number must be utilized. Public filers must use PDF software (e.g. Adobe Acrobat) to paginate appendices. **<u>Pagination that is scanned will not be recognized by the "Appendix Citations" program.</u>** The prefix **Appx** shall be used when numbering the opening or joint appendix and **SAppx** when numbering a supplemental appendix (e.g. **Appx16**, **SAppx17**). The same format must be used in the brief when referencing a specific page number in the appendix or supplemental appendix. After filing the brief and appendix, "Appendix Citations," the internal court program, will execute to capture designated references to an appendix and create hyperlinks in the brief, which allow court personnel to click on the hyperlink and directly access the specific page or group of pages referenced in the appendix. <span style="color:red">**N.B. Make sure there are no blank or unpaginated pages and that the pages are in sequence. Otherwise, hyperlinks will not take the user to the correct location.**</span>

The following instructions are provided to assist public filers with adding the prefix and page number to an appendix using Portable Document Format (PDF) software programs. Examples of appendix citations in briefs are also provided for your information. Although Adobe Acrobat XI was used to develop these instructions, similar programs will likely contain synonymous functions.

## Adding Pagination to Appendix via the Footer



Select **Tools → Pages → Edit Page Design – Header & Footer → Add Header & Footer.**

3

Contents



Place the cursor in one of the **Footer** fields. Font type and size can be changed to ensure the pagination is readable.

Click **Insert Page Number**.

4

Contents

Add the appropriate prefix (Appx or SAppx) in front of the coded page number.

Click **OK**.

5

Contents

Contents

The following image displays the applied pagination. N.B. Highlighting added for emphasis.

> 2. Over the past decade, Appellant has in most school years sponsored a petition before Appellee Camden City Board of Education that requested inclusion of certain referendum questions in school election ballots to be presented to the people of the City of Camden. (See June 22, 2012 Opinion attached hereto as Exhibit C). These referendum questions have addressed implementation of a daily prayer session in the
>
> Appx1

## Adding Bates Numbering Pagination to Appendix



Select **Tools → Pages → Edit Page Design – Bates Numbering → Add Bates Numbering.**

[Contents](#)



**Add Files…**.



Click **OK**.

8

Contents



Place the cursor in one of the **Footer** fields.  Font type and size can be changed to ensure the pagination is readable.

Click **Insert Bates Number…**.

9

Contents



Designate the **Number of Digits, Start Number** and **Prefix** (Appx or SAppx).  N.B. The same number of digits must be included in the citation in the brief.  For instance, the citation to page Appx009 must be Appx009.

Please designate only the number of digits necessary for the number of pages in the appendix to avoid unnecessary zeros at the front of the page numbers.

Click **OK** and each page in the file should contain the footer with prefix and page number.



Click **OK**.



Click **OK**.

11

Contents

The following image displays the applied pagination. N.B. Highlighting added for emphasis.

> 2. Over the past decade, Appellant has in most school years sponsored a petition before Appellee Camden City Board of Education that requested inclusion of certain referendum questions in school election ballots to be presented to the people of the City of Camden. (See June 22, 2012 Opinion attached hereto as Exhibit C). These referendum questions have addressed implementation of a daily prayer session in the
>
> Appx000001

Contents

**Flatten PDF**

Once the appendix is complete, please "Print to PDF" to flatten the PDFs. This will prevent users from making any changes.



Select the **File** menu.

Select **Print**.

Contents

13



Select the **PDF** printer.

Click **Print** and then save to your computer.

14
[Contents](#)

**Appendix Citations Within the Brief**

Briefs must include page references to the appendix using the exact format employed when creating the appendix. There are three different ways to cite to appendix pages:

| | |
|---|---|
| - Appx123<br>- SAppx123 | Reference to page 123. |
| - Appx0123-0125<br>- SAppx0123-0125 | Reference to page range 123-125. The resulting link directs to page 123, the first page of the range. **Repeating leading numbers cannot be left off.** |
| - Appx123, 133<br>- SAppx123, 133 | This citation is two links; one for page 123 and the other for page 133. |

Excerpts below provide examples of how references should appear when referencing single or multiple pages within an appendix. N.B. Highlighting added for emphasis.

*Sample Citations to the Appendix in the Brief*

      **The Board properly rejected MPHJ's attempt to shoehorn a single-step render and transmit limitation into the term "Go button." The Board construed the term to refer to "an operation that begins a process." ==Appx012==. Also, it appropriately held that it does not possess jurisdiction "to review the merits of a decision rendered by a federal district court." ==Appx015, 025==.**

*Sample Citation to the Supplemental Appendix in the Brief*

      **The trial court also appropriately held that it does not possess jurisdiction "to review the merits of a decision rendered by a federal district court." ==SAppx001233-001237== (quoting Shinnecock Indian Nation v. United States, 782 F.3d 1345, 1352 (Fed. Cir. 2015)); see also Vereda, Ltda.**

**Per L.A.R. 113.3(b), briefs must be in a PDF text format. Applying OCR (Optical Character Recognition) to a scanned brief is not sufficient. Please "Print to PDF" via a word processing program to create a compliant brief.**

For questions, please contact a Briefing Specialist at 215-597-2995, option 2.

15

Contents